**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LOUISE AMOS MCCASKILL**                                        **PLAINTIFF**

**V.**                                          **NO. 4:15-CV-00082-DMB-JMV**

**PRIMERICA LIFE INSURANCE
COMPANY AND UNKNOWN
DEFENDANTS A-D**                                    **DEFENDANTS**

### ORDER DISMISSING CASE
### BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is unnecessary that the action remain upon the calendar of the Court. Accordingly, **IT IS HEREBY ORDERED** that: (1) this action is **DISMISSED without prejudice**; and (2) the motion for summary judgment, Doc. #43, and the omnibus motion in limine, Doc. #53, filed by Primerica Life Insurance Company, are **DENIED as moot**.

The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**SO ORDERED**, this 2nd day of September, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**